UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



CLERK'S OFFICE
A TRUE COPY
Mar 05, 2026
s/ OH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

UNITED STATES OF AMERICA,

                    Plaintiff,

     v.                                        Case No. 26-CR-36

JUSTIN D. BANKS,

                    Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER FOR A WRIT OF HABEAS CORPUS FOR PROSECUTION

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the Milwaukee County Community Reintegration Center, for the following judicial proceeding:

Defendant:    JUSTIN D. BANKS, Booking No.: 2025021927, DOB: XX/XX/1988
Proceeding:   Initial Appearance
Date/Time:    March 25, 2026, at 11:30 a.m.
Before:       United States Magistrate Judge Stephen C. Dries
               517 E. Wisconsin Avenue, Room 284
               Milwaukee, Wisconsin

Respectfully submitted this 5th day of March, 2026.

                                  BRAD D. SCHIMEL
                                  United States Attorney

                                  *s/Carter B. Stewart*
                                  CARTER B. STEWART
                                  Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this ___5___ day of March, 2026.

                                  HONORABLE STEPHEN C. DRIES
                                  United States Magistrate Judge

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 26-CR-36

JUSTIN D. BANKS,

Defendant.

## WRIT OF HABEAS CORPUS FOR PROSECUTION

To:     **WARDEN OR SUPERINTENDENT, MILWAUKEE COUNTY   COMMUNITY REINTEGRATION CENTER OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY**.

It is HEREBY ORDERED that you have Justin D. Banks, Booking No.: 2025021927, DOB: XX/XX/1988 now detained at the Milwaukee County Community Reintegration Center, produced under safe and secure conduct, to the Honorable Stephen C. Dries, United States Courthouse, 517 East Wisconsin Avenue, Room 284, Milwaukee, Wisconsin, commencing on March 25, 2026 at 11:30 a.m. for the purpose of a/an Initial Appearance.

It is FURTHER ORDERED that at the completion of said proceedings, you return the prisoner to said institution promptly, or within any other specific timeframe set by the United States District Court for the Eastern District of Wisconsin, under safe and secure conduct.

WITNESS, The Honorable Stephen C. Dries, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this  5th day of March, 2026.



LINDA M. KLEMM
Clerk of Court

BY:

  /s/B. Xiong
Deputy Clerk