# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**JUSTIN D. BANKS**

**INITIAL APPEARANCE/ARRAIGNMENT AND PLEA MINUTES**

CASE NUMBER **26-CR-36**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk: Katina Hubacz
Hearing Held: March 25, 2026 at 11:30 AM

Court Reporter:  Liberty
Hearing Began:  11:29:21
Hearing Ended:  11:31:53

**Appearances:**

UNITED STATES OF AMERICA by:  Carter Bryan Stewart
JUSTIN D. BANKS, in person, and by:  Alexandra Douglas
U.S. PROBATION OFFICE by:  Jennifer Cravatta
INTERPRETER:  ☑ None  ☐ Sworn

☐ CJA  ☑ FDS  ☐ RET

---

☑ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Misdemeanor  ☑ Felony

Speedy Trial Date:  June 3, 2026
Plea Deadline:
Final Pretrial Report
Final Pretrial Conf.:  TO BE SET
Jury Trial Date:  TO BE SET
Trial Length Estimate: 2 days

District Judge:  Brett Ludwig
Bond Judge:  TBD
Magistrate Judge:  Stephen C. Dries
Motions Due:  April 9, 2026
Responses Due:  April 20, 2026
Replies Due:  April 27, 2026

---

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☐ Indictment read  ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant  ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available:  ready

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to Stephen C. Dries
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge Stephen C. Dries

---

Maximum Penalties:
Ct 1: penalties not provided


☑        Court orders federal detainer


**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings