# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 26-CR-36 |
| | ) |
| JUSTIN D. BANKS | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*     JUSTIN D. BANKS                                                                                 ,
who is accused of an offense or violation on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Pretrial Release Violation Petition

☐ Violation Notice     ☐ Order of Court

This offense is briefly described as follows:

**COUNT 1:** 18:922(g)(1) and 924(a)(8) - UNLAWFUL TRANSPORT OF FIREARMS, ETC.

Date:     February 24, 2026

*s/ K. Hubacz*
*Issuing officer's signature*

LINDA M. KLEMM, Clerk, U.S. District Court

City and State:     Milwaukee, Wisconsin

By: K. Hubacz, Deputy Clerk
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* **2/24/2026** , and the person was arrested on *(date)* **3/25/2026**
at *(city and state)* **Milwaukee, WI** .

Date: **3/25/2026**

*Arresting officer's signature*

Benjamin Grams, DUSM
*Printed name and title*